United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 10, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-40335
Conference Calendar

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

TERRY WILLIAM GAUGH,
also known as Terry Gough,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-02-CR-144-2
--------------------

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

       Counsel appointed to represent Terry William Gaugh has filed

a motion for leave to withdraw and has filed a brief as required

by Anders v. California, 386 U.S. 738 (1967).  Gaugh has not

filed a response.  Our independent review of the brief and the

record discloses no nonfrivolous issue in this direct appeal.

Accordingly, the motion for leave to withdraw is GRANTED, counsel

is excused from further responsibilities herein, and the APPEAL

IS DISMISSED.  See 5TH CIR. R. 42.2.

_____

       [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.